UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
OZODA AZIMOVA et al.,                            :
                            Plaintiffs,        :
                                                             :                     21 Civ. 5350
                        -against-                     :
                                                             :                     (LGS) <u>ORDER</u>
MERRICK GARLAND et al.,                    :
                                      Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs seek an order compelling the Government to take action on an administrative application. The initial pre-trial conference is scheduled for August 26, 2021, at 11:00 a.m.

      WHEREAS, the parties consent to an adjournment of the Government's time to respond due to administrative action taken by the Government on the application (Dkt. No. 8). It is hereby

      **ORDERED** that the initial pre-trial conference scheduled for August 26, 2021, at 11:00 a.m., is **adjourned** to **November 18, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The parties are reminded that their joint letter and proposed case management plan are due one week prior, or by **November 11, 2021**. It is further

      **ORDERED** that by November 1, 2021, the Government shall answer, move or otherwise respond to the Complaint. The parties are reminded of the requirement for pre-motion letters per the Individual Rules.

      The Clerk of Court is respectfully directed to close the docket entry at no. 8.

Dated:  August 17, 2021
           New York, New York

                                                 LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**